# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | Case No.  1:14-cv-01710-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S STIPULATED REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| HANG YAN FOU, et al., | (Doc. 12) |
| Defendants. | |

On November 26, 2014, Defendants filed a stipulated request seeking an extension of time in which to respond to Plaintiff's complaint.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1.     Defendants' request for an extension of time is GRANTED; and

2.     Defendants shall file a response to Plaintiff's complaint on or before January 5, 2015.

IT IS SO ORDERED.

Dated:   **December 2, 2014**                          **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE