UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>            Plaintiff,<br><br>     vs.<br><br>HANG YAN FOU, et al.,<br><br>            Defendants. | No.  1:14-cv-01710-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Hang Yan Fou, Ratha Minn, Rosa Maria Vasquez dba La Mejor Mexican Food, and Sukha Singh dba JCM Mini Mart #2, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: March 3, 2015                                MOORE LAW FIRM, P.C.


                                                                  */s/ Tanya E. Moore*
                                                                  Tanya E. Moore
                                                                  Attorneys for Plaintiff
                                                                  Cecil Shaw

| | |
|---|---|
| Date: March 3, 2015 | WILLIAMS, BRODERSEN & PRITCHETT LLP |
| | */s/ Steven R. Williams* |
| | Steven R. Williams |
| | Attorneys for Defendants |
| | Hang Yan Fou, Ratha Minn, Rosa Maria Vasquez dba La Mejor Mexican Food, and Sukha Singh dba JCM Mini Mart #2 |

## **ORDER**

Federal Rule of Civil Procedure 41 allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

Because the parties have filed a stipulation for dismissal of this case with prejudice under Rule 41(a)(1)(A)(ii) signed by all parties who have made an appearance, this case has terminated. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to administratively close this case.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:   **March 4, 2015** | **/s/ Sheila K. Oberto** |
| | UNITED STATES MAGISTRATE JUDGE |